# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-mj-420 |
| Plaintiff, | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| LINDA MATSON, | : | |
| Defendant. | : | |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon an Indictment in the United States District Court for the Eastern District of Missouri in Case No. 4:21-CR-654-SEP-NAB. Defendant appeared in open Court on November 30, 2021, and was advised of her rights. On advice of counsel, Defendant waived proof that she is the person named in the Indictment and her right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

**IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Eastern District of Missouri, where the charges are pending against her, for any other proceedings, as ordered by that court.

**IT IS FURTHER ORDERED** that bond is continued as set by separate Order Setting Conditions of Defendant's Release.

November 30, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge